UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIMPS BERNARD, Petitioner, v. CHRISTOPHER J. LAROSE, et al., Respondents. | Case No.: 3:26-cv-4939-CAB-JLB **ORDER GRANTING PETITION FOR A WRIT OF HABEAS CORPUS** |

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner Climps Bernard. [Doc. No. 1 ("Petition").] Petitioner claims that he should be detained under the discretionary detention provision of 8 U.S.C. § 1226(a) and therefore be afforded a bond hearing. [*Id.*]

Because courts in this District have repeatedly found similarly situated petitioners subject to § 1226, "the government does not oppose the [P]etition and concedes to the Petitioner's request that the Court should order an individualized custody determination." [Doc. No. 4.]

The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations within 14 days of this Order, unless Petitioner requests a continuance. If

requested by Petitioner, Respondents shall assist him in obtaining an audio recording of the bond hearing.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: August 18, 2026

Hon. Cathy Ann Bencivengo
United States District Judge